832

No. 76–1762.  Mirmelli *v.* United States.  C. A. 3d Cir. Certiorari denied.

No. 76–1763.  Lewandowski et al. *v.* Ashcroft, Attorney General of Missouri.  Sup. Ct. Mo.  Certiorari denied.

No. 76–1764.  Shatterproof Glass Corp. *v.* Libbey-Owens-Ford Co.  C. A. 6th Cir.  Certiorari denied.

No. 76–1765.  Johnson *v.* United States.  C. A. 5th Cir. Certiorari denied.

No. 76–1769.  Liberman *v.* City of St. Louis.  Sup. Ct. Mo.  Certiorari denied.

No. 76–1770.  International Association of Bridge, Structural & Ornamental Iron Workers, AFL–CIO, Local 433 *v.* National Labor Relations Board.  C. A. 9th Cir. Certiorari denied.

No. 76–1771.  California et al. *v.* Civil Aeronautics Board.  C. A. D. C. Cir.  Certiorari denied.

No. 76–1772.  Tenn et al. *v.* First Hawaiian Bank. C. A. 9th Cir.  Certiorari denied.

No. 76–1773.  Texas International Airlines, Inc., et al. *v.* Southwest Airlines Co. et al.  C. A. 5th Cir.  Certiorari denied.

No. 76–1774.  Jackson et al. *v.* Associated Hospital Service of Philadelphia, aka Blue Cross of Greater Philadelphia, et al.  C. A. 3d Cir.  Certiorari denied.

No. 76–1775.  Bensing *v.* United States.  C. A. 10th Cir. Certiorari denied.